NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Cross Appellant,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2010-1377, -1400, -1408

---

Appeals from the United States District Court for the Middle District of Pennsylvania in consolidated case nos. 01-CV-0485 and 05-CV-2622, Judge Christopher C. Conner.

---

## ON MOTION

---

## ORDER

Arlington Industries, Inc. moves for an unopposed motion for an extension of time, until November 11, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted to the extent that Arlington's opening brief will be due 14 days after this Court's decision regarding Arlington's pending motion to remand.

FOR THE COURT

OCT 1 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
    Deanne E. Maynard, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 1 2011

JAN HORBALY
CLERK